UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------x
:
UNITED STATES OF AMERICA         :         Docket No. 3:14CR00237(MPS)
:
v.                               :
:
RAUL CABAN MARTES                :         December 21, 2014
:
------------------------------------------------------x

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel, Sarah A. L. Merriam, respectfully requests leave to withdraw as counsel for Mr. Caban Martes in the above-captioned case. Attorney Jennifer Mellon of the Office of the Federal Defender has now filed an appearance in this matter. Attorney Mellon will be handling this case from this point forward.

Undersigned counsel has sent a copy of this motion to Mr. Caban Martes, and has provided Mr. Caban Martes' file to Attorney Mellon. Attorney Mellon and the undersigned met jointly with Mr. Caban Martes recently, and Mr. Caban Martes is aware that Attorney Mellon is taking over his case.

Accordingly, the undersigned requests that the Court terminate her appearance in this matter.

Respectfully submitted,

The Defendant,
Raul Caban Martes

Office of the Federal Defender

Dated: December 21, 2014         /s/ Sarah A. L. Merriam
                                              Sarah A. L. Merriam
                                              Assistant Federal Defender
                                              265 Church Street, Suite 702
                                              New Haven, CT   06510
                                              Bar No. ct25379
                                              Phone: 203-498-4200
                                              Fax: 203-498-4207
                                              Email: sarah_merriam@fd.org

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on December 21, 2014, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                              /s/ Sarah A. L. Merriam
                                              Sarah A. L. Merriam